**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Juan Manuel Cutiupala Simbana, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-12714-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 13] entered on 6/29/2026, it

is hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 7/7/2026                                                                    By the Court,

/s/ Courtney Horvath
Deputy Clerk